# The Law Offices of Joseph S. Gulino, Jr., Esq.

75 S. Broadway, 4th Floor, White Plains, New York 10601
Tel: (646) 401-2641 Fax: (718) 749-0116
E-mail: Joseph@jsgulinolaw.com

December 11, 2025

**VIA ECF**
Hon. Kenneth M. Karas
District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      RE:   *Johnson v. State of New York et at*
              *25-cv-07617-KMK*

Dear Justice Karas:

We represent Plaintiff herein. This letter is submitted in response to the Defendants' counsel's December 5, 2025 letter seeking a pre-motion.

After reviewing the contents of said letter and researching the issue raised by Defendants' Attorneys, Plaintiff is seeking to discontinue this action.

Thank you for the Court's courtesies in this matter.

Respectfully submitted,

*Joseph Gulino*

Joseph S. Gulino, Jr., Esq.

In light of this letter, the case is dismissed without prejudice. The Clerk is respectfully directed to close this case.

So Ordered

12/12/25